C. Yong Jeong, Esq. (SBN 255244)
Brennan J. Mitch, Esq.(SBN. 279109)
Alexander Diaz, Esq. (SBM. 254644)
Law Offices of Chan Yong Jeong
3435 Wilshire Blvd., Suite 1740
Los Angeles, California 90010
Tel. 213-388-6612
Fax. 213-388-6651
Email. Jeong@jeonglawfirm.com
       Brennan@jeonglawfirm.com

Attorneys for Plaintiff Larry S. Poon

JS-6

Note change by Court

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| LARRY SIU-KEE POON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHROP GRUMMAN CORPORATION, a Delaware corporation; AON HEWITT NAVIGATORS INSURANCE SERVICES, INC. a.k.a. Aon Corporation and a.k.a. Aon Hewitt, a California corporation; STATE STREET BANK AND TRUST COMPANY, a Massachusetts corporation; DOES 1 through 100. <br><br> Defendants. | Case Number: 11-CV-05420-JFW-JCG <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL <br><br> Dept.: 16 <br><br> [Courtroom of the Honorable John F. Walter] |

Pursuant to the stipulation of the parties to this action that:

1) The complaint of plaintiff Larry Siu-Kee Poon ("Plaintiff") against defendants Northrop Grumman Corporation, Aon Hewitt Navigators Insurance Services, Inc., and State Street Bank and Trust Company (collectively, "Defendants") be dismissed with prejudice;

2) Plaintiff and Defendants each bear their own costs, expenses, and attorneys' fees incurred to date in connection with any stage of this proceeding; and

~~2) This Court retain jurisdiction to enforce the terms of the Settlement Agreement executed by the parties in this instant case.~~

IT IS SO ORDERED.

Dated: March 26, 2012

/s/
_____
Honorable John F. Walter
United States District Court

2
[~~PROPOSED~~] ORDER OF DISMISSAL